Submitted October 12, appeal dismissed December 14, 2016, petition for review denied March 2, 2017 (361 Or 238)

JEFFREY LEE HALL,
*Petitioner-Appellant,*

*v.*

Jeff PREMO,
Superintendent,
Oregon State Penitentiary,
*Defendant-Respondent.*

Marion County Circuit Court
14C19528; A160274

385 P3d 90

Jed Peterson and O'Connor Weber LLP filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

PER CURIAM

Appeal dismissed. *Dillard v. Premo,* 276 Or App 65, 67, 366 P3d 797, *rev allowed,* 360 Or 400 (2016).